IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAWN SMITH and JODY COTTONGIN,
Each Individually and On Behalf of All
Others Similarly Situated                                      PLAINTIFFS

v.                         No. 4:21-cv-232-DPM

PREMIER ENVIRONMENTAL SERVICES, INC.
and SAM MCFADIN                                                DEFENDANTS

### ORDER

The joint motion, *Doc. 52*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 2027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute. And the attorney's fee is unresolved; an opposed motion on that issue is under advisement. The complaint will be dismissed with prejudice after the fee-related issues are resolved.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 June 2023