IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAWN SMITH and JODY COTTONGIN,
Each Individually and On Behalf of All
Others Similarly Situated                                              PLAINTIFFS

v.                         No. 4:21-cv-232-DPM

PREMIER ENVIRONMENTAL SERVICES, INC.
and SAM MCFADIN                                                        DEFENDANTS

ORDER

The workers' motion for attorney's fees and expenses, *Doc. 46*, is granted as modified. The papers ventilate the issues well; no oral argument is needed. The $563.25 in expenses are unchallenged. The workers seek $22,485.85 at various hourly rates ranging from $383.00 for lead counsel to $75.00 for a law clerk. The total request is $23,049.10. The Court notes and applauds the reduction of approximately $9,000.00 worth of time actually spent. The requested hourly rates, though, are too high. The Court awards these rates:

| | | | | | | |
|---|---|---|---|---|---|---|
| Josh Sanford   | 7.95 hours  | x | $250/hour | = | $1,987.50 |
| Vanessa Kinney | 5.4 hours   | x | $200/hour | = | $1,080 |
| Krista Sheets  | 47.5 hours  | x | $200/hour | = | $9,500 |
| Daniel Ford    | 6.2 hours   | x | $175/hour | = | $1,085 |
| Paralegal      | 20.2 hours  | x | $75/hour  | = | $1,515 |
| Law Clerk      | 6.3 hours   | x | $25/hour  | = | $157.50 |
| | | | | | $15,325 |

And the Court discounts the resulting amount, $15,325, by 20% to reflect some residual overstaffing on this straight-forward case involving about four workers. The total reasonable attorney's fee, all material things considered, is the lodestar: $12,260. *Hensley v. Eckerhart*, 461 U.S. 424, 434-37 (1983); *Vines v. Wellspun Pipes, Inc.*, 9 F.4th 849, 855-56 (8th Cir. 2021). With the undisputed expenses, the total award is $12,823.25.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 June 2023