IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHAWN SMITH and JODY COTTONGIN,
Each Individually and On Behalf of All
Others Similarly Situated                                    PLAINTIFFS

v.                     No. 4:21-cv-232-DPM

PREMIER ENVIRONMENTAL SERVICES, INC.
and SAM MCFADIN                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 31 August 2023 to enforce the parties' settlement and the fee Order.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2023